IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELANI J. STEWART-WILSON, a minor, by her )
natural mother and legal guardian, D'ERICKA )
STEWART, )
          Plaintiff, )
          )    2:17cv113
       vs )    Electronic Mail
          )
CHRISTIAN H. BUHL LEGACY TRUST, f/k/a )
SHARON REGIONAL HEALTH SYSTEM and )
THE UNITED STATES OF AMERICA, )
         Defendants. )

## O R D E R

      AND NOW, this 11th day of May, 2017, after the plaintiff, Delani J. Stewart J.

Stewart-Wilson, filed an action in the above-captioned case, and after a motion to dismiss was

submitted by the United States of America, and after a Report and Recommendation was filed by

the United States Magistrate Judge granting the parties a period of time after being served with a

copy to file written objections thereto, and no objections having been filed, and upon

independent review of the motion and the record, and upon consideration of the Magistrate

Judge's Report and Recommendation (ECF No. 15), which is adopted as the opinion of this

Court,

      IT IS ORDERED that the motion to dismiss filed by the United States of America

(ECF No. 12) is granted.

      IT IS FURTHER ORDERED that the remainder of this action be remanded

forthwith to the Court of Common Pleas of Mercer County, Pennsylvania.

                        s/ DAVID STEWART CERCONE
                        David Stewart Cercone
                        United States District Judge

cc:     Honorable Robert C. Mitchell,
            United States Magistrate Judge
        Victor H. Pribanic, Esquire
        Brett C. Shear, Esquire
        Terry C. Cavanaugh, Esquire

        (*Via CM/ECF Electronic Mail*)